# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**CHARLES TORNS, JR.**                                                  **PETITIONER**

**VERSUS**                                            **CIVIL ACTION NO.  3:07cv100-DPJ-JCS**

**STATE OF MISSISSIPPI, et al.**                                   **RESPONDENTS**

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this day,

IT IS HEREBY, ORDERED AND ADJUDGED that this cause be dismissed with prejudice for this Court's lack of jurisdiction.

**SO ORDERED AND ADJUDGED** this the 21th day of February, 2007.

                                                                   s/ *Daniel P. Jordan III*
                                                                   UNITED STATES DISTRICT JUDGE